IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DANIEL JUN PARK,

Defendant.

Case No. 1:25-cr-58-2-CJN

**DAN PARK'S POSITION ON SENTENCING**

The defendant, Dan Park, hereby submits his position on sentencing. He has pleaded guilty to one count of conspiracy to commit fraud, for taking approximately $60,000 from his employer. PSR ¶¶ 1, 5, 31. In consideration of the factors set forth in 18 U.S.S.C. §3553(a), a sentence of probation, with conditions of home confinement and community service, is sufficient, but not greater than necessary, to effectuate the purposes of sentencing.

Dan is 36 years old and has very minimal criminal history, consisting of one marijuana conviction. ECF #57. He falls into criminal history category I. PSR ¶ 60. When first approached by the government in January 2025, he immediately and fully accepted responsibility for his actions and pledged to fully cooperate. He's made good on that promise, which included pleading guilty at the earliest available opportunity.[1] He has been fully compliant on pretrial supervision while this case has been pending, including testing negative for drugs. PSR ¶ 17.

Dan was born in Fairfax County, Virginia. When he was a small child, his father left the family and returned to Korea, leaving Dan, his mother, and his sister to fend for themselves. Dan

---

[1] Dan's Guidelines range, and the government's recommendation, will be impacted by under-seal matters. At the time of this filing, Dan has not received any sentencing position paper or other filing from the government. For that reason, Dan is unable to respond to anything contained therein.

only saw his father one more time, several years ago, shortly before he passed away. For Dan's entire childhood, his mom ran a liquor store. She would leave at the crack of dawn to open it and wouldn't be back home until late at night. While his mom arranged for a teenage homestay nanny from El Salvador, she was no substitute for maternal guidance. While his mom later found another partner, Mike Cho, who contributed to the household and positively impacted Dan, he still longed for more of his mother's attention.

Coming from an immigrant family but not knowing his father at all and spending precious little time with his mother, Dan grew up confused about his identity. Starting in middle school, school became extremely challenging, because he was bullied for his race and for being morbidly obese. Other kids passed flyers of his face around the halls to make fun of him, and they yelled horrible and degrading things at him. On one occasion, Dan tried to tag along with the other kids after school to hang out at a restaurant. One big kid punched Dan and knocked him out. Dan's self-esteem plummeted, he stopped going to school whenever he could get away with it, and he started drinking alcohol and smoking cigarettes and marijuana. Dan tried to talk with his mother about the situation, but she seemed disappointed and angry at Dan for not fitting in.

When he didn't pass senior year of high school, Dan repeated it at a military school, after which he spent a semester in community college before enlisting in the Marine Corps. It was there that he first made progress on figuring out his identity as an American. Unfortunately, after nearly 2½ years of service, he was caught with some artificial marijuana (that was not tolerated in the military but otherwise legal) and was discharged. He returned to Virginia, but his mother had lost his childhood home in the housing market crash of 2008, so Dan moved in with his

grandparents (where his mother was also living). He sunk deeper into depression, spent nearly all his time alone, and smoked a lot of marijuana.

After a few years doing storm restoration work, Dan got a job as an administrative assistant at the non-profit organization involved in these events. His supervisor was Laura Dudley, who had been working at the organization for a long time and was an accountant. Dudley stole far more money than Dan—$333,825.00 to Dan's $59,515.57. PSR ¶¶ 22, 31. Because he was aware of what Dudley was doing and helped her create some invoices to cover her tracks, Dan is held responsible in the Guidelines for the total loss amount attributed to her. However, Dan was unaware of the scope of Dudley's fraud and was shocked to learn of its extent. He was aware, of course, of his own conduct—during COVID, while heavily using substances and in a very dark place where he didn't even want to live, Dan wrongfully used the organization's credit card to make personal purchases. In moments of clarity, he felt terrible and initiated refunds. In total, he refunded $5,541.86.

It was only after the discovery of this offense—and Dan's firing from the organization—that he hit rock bottom and came to reckon with his lifelong mental health struggles, including severe depression and constant and recurring suicidal ideations, which left Dan living in darkness and despair. PSR ¶ 86.

Dan went to therapy. He stopped smoking marijuana altogether, sharply curtailed his alcohol use, began exercising, and joined a church. He started a new job, which he's held for over

three years.[2] He also entered into a serious relationship with a woman, Jennifer Ton, who has been nothing but supportive and has helped him stay on the right track. Jennifer is the most positive and responsible person Dan has ever met. She has helped him come to terms with his Korean-American identity and process his profound sadness at feeling like he's never fit in. Jennifer is also a single mother to a now six-year-old son, and Dan plays an active and significant role as a father figure to him. Dan attends bible study and volunteers with the church in his free time. His religious journey has given him ample opportunity to reflect upon his past decisions and has allowed him to develop insight into his behavior and psyche.

The character letters submitted as Exhibit B discuss redeeming aspects of Dan. For instance, his mom's partner (and essentially his stepfather), Mike Cho, calls him a fundamentally good and deeply empathetic person. His grandfather writes about what a kind and devoted grandson he has been and is. His partner, Jennifer, discusses the role Dan has played in her son's life, how giving he has been towards the rest of her family, and how remorseful he is for what he's done. Finally, Dan's friend of 21 years, Jinwoo Cho, writes about the Dan he has known over the decades—a loyal and kind person who spends his free time helping his grandparents and working weekends for his mother so she can get a break.

Dan realizes what he did was wrong and has worked on himself to ensure that this is the last time he'll ever find himself in a courtroom. In addition to his personal growth, his family—Jennifer and her son—has given him a new lease on life. For the first time, he has real purpose at

---

[2] Dan's resume is attached as Exhibit A. It reflects someone who has tried to better himself, despite his struggles.

home and is spiritually thriving.

In sum, Dan has certainly done wrong, but he's also done a number of things right, amidst deep personal struggle that some of us cannot imagine. When appropriate, bestowing mercy on those who may not deserve it, forgiving those in need of forgiveness—helps shape our society and further the aspirations of our criminal justice system. Upon holistic consideration of Dan, his offense, our sentencing regime, and notions of justice, a felony conviction in federal court and a probationary sentence that includes home confinement and community service, coupled with a term of supervised release[3], is sufficient, but not greater than necessary, to reflect the seriousness of the offense, promote respect for the law, and provide just punishment.

Thank you,

DANIEL JUN PARK
By Counsel

By:

/s/ *[signature]*
Elizabeth L. Van Pelt
*Virginia Bar No. 82750*
*Delaware Bar No. 6117*
*District of Columbia Bar No. 1615865*
libbey@libbeyvanpeltlaw.com
LIBBEY VAN PELT LAW, PLLC
3101 Wilson Boulevard, Suite 500
Arlington, VA 22201
(571) 356-9066

---

[3] The Guidelines supervised release range is one to three years. PSR ¶ 116.

Frank Salvato
*Virginia Bar No. 30453*
*District of Columbia Bar No. 424082*
frank@salvatolaw.com
THE LAW OFFICES OF FRANK SALVATO
1203 Duke Street
Alexandria, VA 22314
(703) 548-5000

6

## CERTIFICATE OF SERVICE

I certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends a notification of filing (NEF) to all counsel of record.

/s/ *[signature]*
Elizabeth L. Van Pelt